# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA SCHALALBEO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-213 |
| | : | |
| DAMCO DISTRIBUTION SERVICES, INC., THE MAERSK GROUP, MAERSK, DCLI, DIRECT CHASSISLINK, INC., MSC, MEDITERRANEAN SHIPPING CO. USA, HERCULES CHASSIS, HERCULES ENTERPRISES, MAERSK EQUIPMENT SERVICE, COMPANY, INC. | : | |

## ORDER

**AND NOW**, this 24th day of February 2023, upon considering Defendants Direct ChassisLink, Inc. and DCLI's Motion to dismiss (ECF Doc. No. 3), Plaintiff's Opposition (ECF Doc. No. 18) consenting to dismissal of her section 402B and punitive damages claims without prejudice, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants Direct ChassisLink, Inc. and DCLI's Motion to dismiss (ECF Doc. No. 3) is **GRANTED in part upon consent** dismissing the Plaintiff's section 402B and punitive damages claims without prejudice and otherwise **DENIED** as to the section 402A strict liability claim against Defendants Direct ChassisLink, Inc. and DCLI:

1. Plaintiff shall file an amended Complaint to clarify the scope and allegedly responsible parties for section 402A strict liability claims mindful of arguments raised by other Defendants in state court before removal (but not filed here) and consistent with the Federal Rules, our Policies and Procedures, and the accompanying Memorandum by no later than **March 3, 2023;** and,

2. All Defendants shall respond to the amended Complaint within fourteen calendar days of Plaintiff's filing of the amended Complaint.

_____
**KEARNEY, J.**